**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

IN RE:

Carol Lynn Perkins-Gray

DEBTOR(S)

CHAPTER 13

CASE NO.: LA18-20106-NB

**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**

DATE:   October 5, 2018
TIME    10:30 am
PLACE:  915 Wilshire Boulevard
        Suite 1050 – ROOM 1
        LOS ANGELES, CA 90017

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated: 9/18/18**

_____
**Kathy A. Dockery**
**Chapter 13 Trustee**

| In re: **CAROL LYNN PERKINS-GRAY** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA18-20106-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9/18/18, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/18/18 | Gloria Mangum | /s/ Gloria Mangum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9013-3.1**

| | |
|---|---|
| In re: **CAROL LYNN PERKINS-GRAY** | CHAPTER: 13 |
| | CASE NUMBER: **LA18-20106-NB** |

## Service List

AD ASTRA Recovery Services
SUITE 118
7335 W. 33rd St N
Wichita, KS 67205

Ascension Recovery Management LLC
27833 Avenue Hopkins #1B
Valencia., CA 91355

AT&T
P.O. Box 5014
Carol Stream, IL 60197

Attorney Rauseh Strum
3131 Camino Del Rio N.
Suite 350
San Diego, CA 92108

Carol Lynn Perkins-Gray
743 E. 74th Street
Los Angeles, CA 90001

Carson Smithfield LLC
Merrick Bank
P.O. Box 9216
Old Bethpage, NY 44804

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

D. Scott Carruthers
8448 Katella Ave Box 228
Stanton, CA 99689

Direct TV
P.O. Box10561
Atlanta, GA 30348

First source
205 Beant Woods south
Amherst, NY 54228

IC Iystem
444 Hwy 96 East
P.O. Box 64378
St Paul, MN 55164

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017

Loan Depot
P.O. Box 77494
Ewing, NJ 95628

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

Noe Servellon
4925 w. 76th street
Los Angeles, CA 90044

Progressive Insurance
P.o. Box 894107
Los Angeles, CA 90189

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**